UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Criminal No. 99-10383-JLT |
| v. | * | |
| | * | |
| MAURICE PAYNE, | * | |
| | * | |
| Defendant. | * | |

ORDER

April 16, 2008

TAURO, J.

For the reasons articulated in the Government's Opposition to Motion to Reduce Sentence, Defendant's Motion to Reduce Sentence [#138] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge